

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 24, 2021

**<u>VIA ECF</u>**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re: *Bellocchio v. Garland*, 21 Civ. 3280 (KPF)

Dear Judge Failla:

      I write respectfully on behalf of Merrick B. Garland, sued in his official capacity as Attorney General of the United States (the "Government"), the defendant in the above-referenced case. Plaintiff commenced this case with the filing of the complaint on April 15, 2021. Dkt. No. 1. On May 10, 2021, the Court scheduled an initial conference for July 1, 2021, at 12:00 p.m. and ordered that the parties to confer and submit a proposed case management plan by today. Dkt. No. 5. However, because Plaintiff served the Government on May 25, 2021, the Government's response to the complaint is not due until July 26, 2021. *See* Fed. R. Civ. P. 12(a)(2). In the interest of efficiency, the Government respectfully requests that the initial conference and the deadline for proposed case management plan be adjourned until after the Government files its responsive pleading on July 26. This is the Government's first request for an adjournment of these dates and Plaintiff consents to the request.

      The Government thanks the Court for its consideration of this request.

      Respectfully,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

by:   */s/ Jennifer Jude*
JENNIFER JUDE
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel: (212) 637-2663
Email: jennifer.jude@usdoj.gov

cc: Plaintiff's counsel

Application GRANTED.  The initial pretrial conference scheduled for July 1, 2021, is hereby ADJOURNED to August 13, 2021, at 3:30 p.m. The parties' joint letter and Proposed Civil Case Management Plan and Scheduling Order will be due on or before August 5, 2021.

Dated:     June 24, 2021         SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE