UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN BELLOCCHIO,

                Plaintiffs,

     -v.-

MERRICK GARLAND,

                Defendant.

21 Civ. 3280 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      The Court has been advised that Plaintiff does not intend to amend his Complaint. Therefore, the briefing schedule for Defendant's anticipated motion to dismiss agreed upon during the August 13, 2021 conference remains in effect. Pursuant to that schedule, Defendant's opening papers will be due on or before October 4, 2021; Plaintiff's opposing papers will be due on or before November 5, 2021; and Defendant's reply papers will be due on or before November 19, 2021.

      SO ORDERED.

Dated:    September 7, 2021
             New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge