**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOHN BELLOCCHIO,

                     Plaintiff,

       -against-                                      21 **CIVIL** 3280 (KPF)

                                                     **JUDGMENT**

MERRICK GARLAND,

                    Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated July 12, 2022, Defendant's motion to dismiss is

GRANTED, and Plaintiff's claims are dismissed without prejudice; accordingly, the case is

closed.

**Dated:**  New York, New York

      July 12, 2022

                                           **RUBY J. KRAJICK**
                                      _____
                                          **Clerk of Court**
                **BY:**     K. Mango
                                        _____
                                          **Deputy Clerk**